# RHEA & RODMAN, L.L.P.
## Attorneys at Law

**JAMES A. RODMAN**
*Board Certified - Personal Injury Trial Law*
*Texas Board of Legal Specialization*

**2003 NORTH LAMAR, SUITE 100**
**AUSTIN, TEXAS 78705**
**TELEPHONE: (512) 481-0400**
**FACSIMILE: (512) 481-0500**

April 10, 2007

Honorable Lee Yeakel
United States District Judge
200 West 8th Street
Austin, Texas 78701

      RE:   *Debbie Davidson As Attorney-In-Fact For James and Norma Hoes v. United States of America;* Civil Action No.: 06-CA-075-LY (W. D. TX- Austin Division)

Dear Judge Yeakel:

This letter is being provided as a settlement status update on the above reference case. The parties executed final settlement documents on February 1, 2007. The parties are waiting for the United States to fund settlement. The parties anticipate that the settlement will fund within the next two weeks. Once the settlement has funded, the parties will file the appropriate dismissal documents without delay.

Respectfully Submitted,

*/s/ James A. Rodman*

James A. Rodman

JAR/amr

cc:    Jim Gilligan (via facsimile)
        Assistant United States Attorney